**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Tel: 916-922-1200 Fax: 916 922-1303
Shanan L. Hewitt, SBN 200168
shewitt@rhplawyers.com
Dalbir K. Chopra, SBN 333114
dchopra@rhplawyers.com

Attorney for Defendants
COUNTY OF SISKIYOU and ANDREA FOX

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath202l@gmail.com

Counsel for Plaintiff PHILLIP HOFF

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOFF,<br><br>  Plaintiff,<br>v.<br><br>COUNTY OF SISKIYOU, an administrative body; ANDREA FOX, ex-HOA manager; and DOES 1-5, INCLUSIVE,<br><br>  Defendants. | CASE NO.: 2:23-cv-00535-WBS-JDP<br><br>**ORDER ON STIPULATION TO FILE SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[F.R.C.P. 15(a)(2), (3);**<br>**E.D. Cal. L.R. 144(a)]** |

Having considered the Parties' stipulation and good cause appearing, the Court hereby grants the parties' request to the filing of a Second Amended Complaint by Plaintiff no later than May 31, 2023, and Defendants County of Siskiyou and Andrea filing their responsive pleading to the Second Amended Complaint no later than July 3, 2023.

**IT IS SO ORDERED.**

Dated: May 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE