UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PHILLIP HOFF,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SISKIYOU, an administrative body; ANDREA FOX, ex-HOA manager; and DOES 1-10, inclusive,<br><br>        Defendants. | No. 2:23-cv-00535 WBS JDP<br><br>ORDER |

----oo0oo----

Good cause having been shown, defendants' ex parte request for an extension of time to file a responsive pleading to plaintiff's third amended complaint (Docket No. 23) is hereby GRANTED.  Defendants shall file and serve their responsive pleading to plaintiff's third amended complaint by October 24, 2023.

Dated:  October 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1