**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Tel: 916-922-1200 Fax: 916 922-1303
Shanan L. Hewitt, SBN 200168
shewitt@rhplawyers.com
Dalbir K. Chopra, SBN 333114
dchopra@rhplawyers.com

Attorney for Defendants
COUNTY OF SISKIYOU and ANDREA FOX

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath202l@gmail.com
Counsel for Plaintiff PHILLIP HOFF

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOFF,<br><br>　　　　Plaintiff,<br>v.<br><br>COUNTY OF SISKIYOU, an administrative body; ANDREA FOX, ex-HOA manager; and DOES 1-5, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: 2:23-cv-00535-WBS-JDP<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF SCHEDULING CONFERENCE AND CORRESPONDING DATE TO FILE JOINT STATUS REPORT; ORDER RE: SAME** |

　　　Plaintiff, via his counsel, Reshma Kamath, of the Law Office of Reshma Kamath; and Defendants County of Siskiyou and Andrea Fox, by and through counsel, Shanan L. Hewitt, Esq., of the Law Offices of Rivera Hewitt Paul LLP, collectively referred to as "the Parties," hereby file this joint stipulation requesting a continuance of the Scheduling Conference, currently set for November 6, 2023 at 1:30 p.m., and the corresponding deadline for the Parties

to file their Joint Status Report. The Parties stipulate and have agreed to extend the responsive pleading deadline as follows:

(1) On October 3, 2023, Plaintiff filed a Third Amended Complaint (Doc. 21) which included new allegations and approximately 81 pages of exhibits not previously included with Plaintiff's prior complaints.

(2) Defense counsel has had other court deadlines and most recently had been working to complete an opposition to a motion for reconsideration in *Estrella Chavez v. City of Modesto, et al.*, 1:22-cv-00921-MCE-JDP. In addition, defense counsel has a pre-planned, pre-paid event from October 13 through October 15 and was unable to work on a responsive pleading in this case during that time frame.

(3) Based on these circumstances, the Court granted Defendants' ex parte request to extend the time for Defendants to file their responsive pleading to the Third Amended Complaint (Doc. 21) by one (1) week to October 24, 2023 (Docs. 23, 25).

(4) Defendants are filing a Rule 12 motion to dismiss and motion to strike Plaintiff's Third Amended Complaint today, October 24, 2023. The motions challenge all claims in the Third Amended Complaint and request dismissal without leave to amend of the entire action. Therefore, a ruling from the Court in favor of Defendants could render the Scheduling Conference moot.

(5) Based on the foregoing, good cause exists for a continuance of the Scheduling Conference and corresponding Joint Status Report deadline. Both counsel are available on **March 11 or March 25, 2024**, two dates for the Scheduling Conference provided by the Courtroom Deputy earlier today. Therefore, the Parties request that the Scheduling Conference be continued to one of those two dates and the Joint Status Report deadline adjusted accordingly.

///

///

IT IS SO STIPULATED.

**DATED: October 24, 2023**          LAW OFFICE OF RESHMA KAMATH

*/S/ Reshma Kamath*

_____
Reshma Kamath,
Counsel for Plaintiff Phillip Hoff

Dated: October 24, 2023          RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*
SHANAN L. HEWITT
Attorney for Defendants
COUNTY OF SISKIYOU AND ANDREA FOX

**ORDER**

GOOD CAUSE having been shown, the foregoing joint stipulation for a continuance of the Scheduling Conference and deadline for filing of the Joint Status Report is HEREBY GRANTED. The Scheduling Conference is reset to **March 11, 2024 at 1:30 p.m.**, with the Parties' Joint Status to be filed on **February 26, 2024.**

IT IS SO ORDERED.

Dated:  October 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE