**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719
E-mail: reshmakamath2021@gmail.com

Counsel for Plaintiff PHILLIP HOFF


**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Tel: 916-922-1200 Fax: 916 922-1303
Shanan L. Hewitt, SBN 200168
shewitt@rhplawyers.com


Attorney for Defendants
COUNTY OF SISKIYOU and ANDREA FOX


# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOFF,<br><br>              Plaintiff,<br>v.<br><br>COUNTY OF SISKIYOU, an administrative body; ANDREA FOX, ex-HOA manager; and DOES 1-5, INCLUSIVE,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:23-cv-00535-WBS-JDP<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF OPPOSITION AND REPLY FILING DEADLINES**<br><br>**HEARING:**<br>**DATE: APRIL 01, 2024**<br>**TIME: 01:30 P.M. PT**<br>**LOCATION: COURTROOM 5, 14th Floor** |

Plaintiff Phillip Henry Hoff, via his counsel, Reshma Kamath, of the Law Office of Reshma Kamath; and Defendants County of Siskiyou and Andrea Fox, by and through counsel, Shanan L. Hewitt, Esq., of the Law Offices of Rivera Hewitt Paul LLP, collectively referred to as "the Parties," hereby file this joint stipulation requesting a continuance of the Opposition filing deadline of February 28, 2024, and the reply filing deadline. The Parties stipulate and have agreed to extend the responsive pleading deadline as follows:

(1) Plaintiff Hoff's counsel has significantly finished the Opposition against the Motion to Dismiss the Fourth-Amended Complaint. However, there are exhibits that Plaintiff is seeking from third-party sources, and further work that must be completed in the Opposition. Because Plaintiff Hoff's counsel has had other court deadlines, the opposition will be unable to be completed for filing on the currently-set deadline of February 28, 2024.

(2) Plaintiff Hoff's counsel, as a sole practitioner, has four other competing deadlines, including but not limited to, a Ninth Circuit appellate opening brief, an appellate reply brief for the First Division, and an amended complaint, amongst other things. All due around the Opposition deadline for this matter.

(3) There will be no changes to the hearing date of April 01, 2024.

(4) Based on these circumstances, the parties request the Court to extend the filing deadlines to March 15, 2024 for the opposition to the motion to dismiss, and to March 25, 2024 for the reply to the motion to dismiss pursuant to local rule.

///

IT IS SO STIPULATED.

///

///

///

**DATED: February 27, 2024**          **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

_____
Reshma Kamath,
Counsel for Plaintiff Phillip Hoff

**Dated: February 27, 2024**          **RIVERA HEWITT PAUL LLP**

*/s/ Shanan L. Hewitt*_____
SHANAN L. HEWITT
Attorney for Defendants
COUNTY      OF      SISKIYOU      AND

ANDREA

FOX

## **ORDER**

GOOD CAUSE appearing, the foregoing joint stipulation for a continuance of the opposition and reply filing deadlines to the Defendants' Motion to Dismiss is HEREBY GRANTED. The Opposition will be due March 15, 2024, and Reply will be due March 25, 2024. There will be no changes to the hearing date of April 01, 2024.

IT IS SO ORDERED.

Dated:  FEBRUARY 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE