## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PHILLIP HOFF,**

CASE NO: **2:23–CV–00535–WBS–JDP**

v.

**COUNTY OF SISKIYOU, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/29/24**

**Keith Holland**
Clerk of Court

ENTERED: **March 29, 2024**

by: /s/ A. Kastilahn
Deputy Clerk