**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath202l@gmail.com
Counsel for Plaintiff PHILLIP HOFF

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOFF, | ) CASE NO.: 2:23-cv-00535-WBS-JDP |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE *RE* JUDGMENT** |
| COUNTY OF SISKIYOU, an administrative body; ANDREA FOX, ex-HOA manager; and DOES 1-5, INCLUSIVE, | ) |
| Defendants. | ) |

Pretty obvious this is racism.

Anyway, the court had previously granted the Equal Protection Clause on the one-person theory.

Thus, the case cannot be dismissed and closed.

It seems the court has completely violated its own laws and doesn't know what it is doing.

Shubb's Racism was pretty clear from the outset – thus, undersigned counsel knew that no matter what counsel does, Racist Shubb will rule this way eventually.

Plaintiff's argument were far more superior in-person and in writing that the Defendants' rubbish.

The more you promote White attorneys and display racism against Indians/Indian-Americans, the worse the California courts will go deeper into the toilets.

**DATED: March 29, 2024**　　　　　　**LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*
_____
Reshma Kamath,
Counsel for Plaintiff Phillip Hoff

2