**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath202l@gmail.com
Counsel for Plaintiff PHILLIP HOFF

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOFF,<br><br>        Plaintiff,<br>v.<br><br>COUNTY OF SISKIYOU, an administrative body; ANDREA FOX, ex-HOA manager; and DOES 1-5, INCLUSIVE,<br><br>        Defendants. | CASE NO.: 2:23-cv-00535-WBS-JDP<br><br>**PLAINTIFF'S FURTHER NOTICE *RE* COURT'S RACISM PRIOR TO FILING THE OPENING BRIEF WITH THE FEDERAL CIRCUIT COURT OF APPEAL** |

Shubb such as many other racist White judges for their cruelty, archaic thinking and utter garbage rulings will all be displayed for the world to see. Such judges must be publicly reprimanded. To think this kind of behavior is on-going in the courts with the CJP and State Bar sitting and staring blind-eyed is a joke to say the least.

If Shubb thinks he will just go hire an Indian-American clerk or staff member, Shubb must remember that statute of limitations are for prior acts/conducts/omissions, not for future acts.

Shubb's racism was obvious in that derogatory message he wrote on the docket about Reshma Kamath that the latter objected to. Thus, there is no reason to show such racist and misogynistic judges an ounce of respect in timeliness, in writing, and in civility.

Racist people are usually the most civil.

Shubb also showed that he actually is idiotic in not knowing the law – he actually stated he doesn't get the Equal Protection theory of one-person class.

**Shubb said one most accurate thing to Reshma Kamath: "maybe you're smarter than me."** At least he got one tiny thing right.

Too bad Shubb's ego took over his common sense.

**DATED: March 29, 2024**              LAW OFFICE OF RESHMA KAMATH

*/S/ Reshma Kamath*
_____
Reshma Kamath,
Counsel for Plaintiff Phillip Hoff

2