**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiff PHILLIP HOFF

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOFF, | ) CASE NO.: 2:23-cv-00535-WBS-JDP |
| Plaintiff, | ) |
| v. | ) **SHUBB'S FALSIFIED** |
| | ) **STATEMENTS VIA DEPUTY** |
| COUNTY OF SISKIYOU, an | ) **COURTROOM CLERK** |
| administrative body; ANDREA FOX, | ) |
| ex-HOA manager; and DOES 1-5, | ) |
| INCLUSIVE, | ) |
| Defendants. | ) |

Please take notice of attached in Exhibit A. Whenever Shana Hewitt, the White attorney for Defendants wanted an extension, Shubb caved in each time for White females. Shubb is just ugly inside out.

When women of color at the same level ask for it, Shubb comes back with his racist misogynistic display as a revenge tactic. Shame on such third-rate judges.

**DATED: March 29, 2024**              **LAW OFFICE OF RESHMA KAMATH**


*/S/ Reshma Kamath*

_____

Reshma Kamath,
Counsel for Plaintiff Phillip Hoff

# EXHIBIT A

3/29/24, 3:17 PM
Gmail - 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken …

Case 2:23-cv-00535-WBS-JDP   Document 57   Filed 03/29/24   Page 4 of 11



**Reshma Kamath <reshmakamath2021@gmail.com>**

---

### 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken Under Submission
8 messages

---

**Karen Kirksey** <KKirkseySmith@caed.uscourts.gov>                    Fri, Mar 29, 2024 at 2:08 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>, Shanan Hewitt <shewitt@rhplawyers.com>,
"WMotooka@rhplawyers.com" <WMotooka@rhplawyers.com>

Good Afternoon:


The Court wanted to inform the parties that the motion hearing now set for April 1, 2024 at
1:30 p.m. is taken off calendar and under submission.  No appearance is required.  The Court
will issue a separate order.


Thank you.  Have a nice weekend.




*Karen Kirksey Smith*
Courtroom Deputy to the
Honorable William B. Shubb,
Senior District Court Judge

United States District Court
Eastern District of CA - Sacramento
Ofc: (916) 930-4234
Email: kkirkseysmith@caed.uscourts.gov

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Fri, Mar 29, 2024 at 2:09 PM
To: Phillip Hoff <lexx6913@gmail.com>

Please see. Thank you.

Sincerely,

Reshma Kamath, Counselor-at-Law
Law Office of Reshma Kamath

Contact Information:
Law Office of Reshma Kamath
700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 | reshmakamath2021@gmail.com |

3/29/24, 3:17 PM          Gmail - 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken ...

Case 2:23-cv-00535-WBS-JDP   Document 57   Filed 03/29/24   Page 5 of 11

www.myinstalawyer.com |
www.linkedin.com/in/globalcitizenwithjd/

Rising Stars 2023
Elite Lawyers 2022 2023
Lawyers of Distinction 2023
Best Lawyers 2024

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

[Quoted text hidden]

**5 attachments**


image001.gif
1K


image002.jpg
41K


image001.gif
1K


image002.jpg
41K

image001.gif
1K

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                    Fri, Mar 29, 2024 at 2:10 PM
To: Karen Kirksey <KKirkseySmith@caed.uscourts.gov>
Cc: Shanan Hewitt <shewitt@rhplawyers.com>, WMotooka@rhplawyers.com

Thank you.

Sincerely,

Reshma Kamath, Counselor-at-Law
Law Office of Reshma Kamath

Contact Information:
Law Office of Reshma Kamath
700 El Camino Real, Suite #120-1084, Menlo Park, CA 94025 | 650 257 0719 | reshmakamath2021@gmail.com  |
www.myinstalawyer.com |
www.linkedin.com/in/globalcitizenwithjd/

Rising Stars 2023
Elite Lawyers 2022 2023
Lawyers of Distinction 2023
Best Lawyers 2024

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged

information. It is intended only for the use of the designated recipient(s). Any unauthorized review or disclosure is
prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the
intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your
cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice
contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding
penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related
matter(s) addressed herein.

[Quoted text hidden]

**5 attachments**

image001.gif
1K



image002.jpg
41K

image001.gif
1K

image001.gif
1K

image002.jpg
41K

---

**Shanan Hewitt** <shewitt@rhplawyers.com>                    Fri, Mar 29, 2024 at 2:10 PM
To: Karen Kirksey <KKirkseySmith@caed.uscourts.gov>, Reshma Kamath <reshmakamath2021@gmail.com>, Wendy
Motooka <wmotooka@rhplawyers.com>
Cc: Shanan Hewitt <shewitt@rhplawyers.com>

Received. Thank you and have a nice weekend as well.

Best Regards,

Shanan L. Hewitt | Partner

**RIVERA HEWITT PAUL LLP**

11341 Gold Express Drive Suite 160

Gold River, California 95670

SHewitt@rhplawyers.com

Tele: 916-922-1200 | Fax: 916-922-1303



This communication constitutes an Electronic Communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

---

**From:** Karen Kirksey <KKirkseySmith@caed.uscourts.gov>
**Sent:** Friday, March 29, 2024 2:08 PM
**To:** Reshma Kamath <reshmakamath2021@gmail.com>; Shanan Hewitt <shewitt@rhplawyers.com>; Wendy Motooka <wmotooka@rhplawyers.com>
**Subject:** 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken Under Submission
**Importance:** High

[Quoted text hidden]

---

Karen Kirksey <KKirkseySmith@caed.uscourts.gov>      Fri, Mar 29, 2024 at 2:12 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: Shanan Hewitt <shewitt@rhplawyers.com>, "WMotooka@rhplawyers.com" <WMotooka@rhplawyers.com>

You're welcome.



Karen Kirksey Smith
Courtroom Deputy to the
Honorable William B. Shubb,
Senior District Court Judge

United States District Court
Eastern District of CA - Sacramento
Ofc: (916) 930-4234
Email: kkirkseysmith@caed.uscourts.gov

---

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Friday, March 29, 2024 2:10 PM
**To:** Karen Kirksey <KKirkseySmith@caed.uscourts.gov>
**Cc:** Shanan Hewitt <shewitt@rhplawyers.com>; WMotooka@rhplawyers.com
**Subject:** Re: 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken Under Submission

**CAUTION - EXTERNAL:**

[Quoted text hidden]

3/29/24, 3:17 PM          Gmail - 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken …

Case 2:23-cv-00535-WBS-JDP   Document 57   Filed 03/29/24   Page 8 of 11

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Karen Kirksey** <KKirkseySmith@caed.uscourts.gov>                    Fri, Mar 29, 2024 at 2:13 PM
To: Shanan Hewitt <shewitt@rhplawyers.com>, Reshma Kamath <reshmakamath2021@gmail.com>, Wendy Motooka <wmotooka@rhplawyers.com>


You're welcome.  Thank you.



---

**From:** Shanan Hewitt <shewitt@rhplawyers.com>
**Sent:** Friday, March 29, 2024 2:10 PM
**To:** Karen Kirksey <KKirkseySmith@caed.uscourts.gov>; Reshma Kamath <reshmakamath2021@gmail.com>; Wendy Motooka <wmotooka@rhplawyers.com>
**Cc:** Shanan Hewitt <shewitt@rhplawyers.com>
**Subject:** RE: 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken Under Submission


**CAUTION - EXTERNAL:**



Received. Thank you and have a nice weekend as well.


Best Regards,

Shanan L. Hewitt | Partner

**RIVERA HEWITT PAUL LLP**

11341 Gold Express Drive Suite 160

Case 2:23-cv-00535-WBS-JDP   Document 57   Filed 03/29/24   Page 9 of 11

Gold River, CA 95670

SHewitt@rhplawyers.com

Tele: 916-922-1200 | Fax: 916-922-1303



This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

---

**From:** Karen Kirksey <KKirkseySmith@caed.uscourts.gov>
**Sent:** Friday, March 29, 2024 2:08 PM
**To:** Reshma Kamath <reshmakamath2021@gmail.com>; Shanan Hewitt <shewitt@rhplawyers.com>; Wendy Motooka <wmotooka@rhplawyers.com>
**Subject:** 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken Under Submission
**Importance:** High


Good Afternoon:


The Court wanted to inform the parties that the motion hearing now set for April 1, 2024 at 1:30 p.m. is taken off calendar and under submission.  No appearance is required.  The Court will issue a separate order.


Thank you.  Have a nice weekend.

3/29/24, 3:17 PM          Gmail - 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken …

Case 2:23-cv-00535-WBS-JDP    Document 57    Filed 03/29/24    Page 10 of 11



**Karen Kirksey Smith**
Courtroom Deputy to the
Honorable William B. Shubb,
Senior District Court Judge
——————————
United States District Court
Eastern District of CA - Sacramento
Ofc: (916) 930-4234
Email: kkirkseysmith@caed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Phillip Hoff** <lexx6913@gmail.com>                                    Fri, Mar 29, 2024 at 2:24 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>

   Ms. Kamath,
   It may be a while before I can go to Hornbrook.   My mechanic has informed me that he cannot locate a rebuilt transmission or parts to rebuild it, for this truck.  I am sure he will eventually solve this problem,  however I wanted to go down this weekend to secure the property.
   Thank you so very much for all your help
Phillip H Hoff
Will send a payment by end of next week.

[Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                       Fri, Mar 29, 2024 at 3:16 PM
To: Karen Kirksey <KKirkseySmith@caed.uscourts.gov>
Cc: Shanan Hewitt <shewitt@rhplawyers.com>, Wendy Motooka <wmotooka@rhplawyers.com>
Bcc: Phillip Hoff <lexx6913@gmail.com>

Please make sure the judge reads this before leaving for the day.

Falsified communicatio from the clerk will also be part of a lawsuit that I will be filing against CAED.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:   Law Office of Reshma Kamath

3/29/24, 3:17 PM          Gmail - 2:23cv535: Phillip Hoff v. County of Siskiyou et al - Motion to Dismiss Hearing Set for Monday, April 1, 2024 - Being Taken …

Case 2:23-cv-00535-WBS-JDP    Document 57    Filed 03/29/24    Page 11 of 11

700 El Camino Real, Suite 120, #1084, Menlo Park, CA 94025

Phone:   650 257 0719  |  E-mail:   reshmakamath2021@gmail.com  |

LinkedIn:  www.linkedin.com/in/globalcitizenwithjd/  |

Website:   www.myinstalawyer.com  |

    

 *Selected to Rising Stars: 2023*

Best Lawyers logo

2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

[Quoted text hidden]

---

**3 attachments**

 **show_temp (3).pdf**
391K

 **show_temp (4).pdf**
150K

**show_temp (5).pdf**
112K